## THE STATE *vs.* SMITH.

RYLAND, Judge. This case is, in all respects, similar to the one of the *State* v. *Fulton & Williamson*, just decided. It was an indictment for keeping a faro bank, like that of Fulton & W., and we refer to that opinion to settle and determine this. The judgment is reversed and the cause remanded.